01
02
03
04
05
06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08   UNITED STATES OF AMERICA,              )
                                            )   CASE NO. MJ 11-421
09            Plaintiff,                     )
                                            )
10            v.                            )
                                            )   DETENTION ORDER
11   STEVEN K. RANDALL,                     )
                                            )
12            Defendant.                     )
     _____ )
13

14   <u>Offense charged</u>:        Possession of a False Government Badge

15   <u>Date of Detention Hearing</u>:    September 9, 2011.

16            The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18   that no condition or combination of conditions which defendant can meet will reasonably

19   assure the appearance of defendant as required and the safety of other persons and the

20   community.

21            <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22            1.       The circumstances of the alleged offense are unusual.  Defendant questioned at

01 Sea-Tac airport after an undeclared firearm was found in his checked luggage. In addition,

02 other items in the suitcase included a counterfeit ICE Special Agent badge, a baseball cap with

03 the words "ICE Police", four pairs of handcuffs, leg irons, pepper spray, a stun gun, a

04 costume-style moustache and a pair of non-prescription eyeglasses. Defendant is alleged to

05 have said that he was traveling to Chicago to surprise a friend. On a subsequent occasion,

06 defendant is alleged to have said that he was going to use the items to act as an ICE agent in a

07 confrontation with the ex-boyfriend of his ex-girlfriend and, it is alleged, end his life.

08     2.    Defendant has traveled internationally on number of occasions. He appears to

09 be in an unstable living situation and in financial distress. He was evaluated at Fairvax

10 Hospital and given a prescription for medications and treatment, but had not followed up at the

11 time of his arrest. Defendant asserts that he intended to do so, and had been discharged for

12 only a brief time before arrested.

13     3.    Defendant poses a risk of nonappearance due to mental health concerns, living

14 situation, international travel and the circumstances of the instant offense which suggest some

15 type of psychological break or crisis. He poses a risk of danger due to the nature and

16 circumstances of the instant offense and mental health concerns.

17     4.    There does not appear to be any condition or combination of conditions that will

18 reasonably assure the defendant's appearance at future Court hearings while addressing the

19 danger to other persons or the community.

20 It is therefore ORDERED:

21     1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

22         General for confinement in a correction facility separate, to the extent practicable, from

01  persons awaiting or serving sentences or being held in custody pending appeal;

02  2.  Defendant shall be afforded reasonable opportunity for private consultation with

03      counsel;

04  3.  On order of the United States or on request of an attorney for the Government, the

05      person in charge of the corrections facility in which defendant is confined shall deliver

06      the defendant to a United States Marshal for the purpose of an appearance in connection

07      with a court proceeding; and

08  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

09      for the defendant, to the United States Marshal, and to the United State Pretrial Services

10      Officer.

11      DATED this <u>9th</u> day of September, 2011.

12

13      _____
        Mary Alice Theiler

14      United States Magistrate Judge

15

16

17

18

19

20

21

22